IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HERBERG, LLC,

Plaintiff,

vs.

DEPOSITORS INSURANCE COMPANY,

Defendant.

**4:24CV3157**

**FINAL PROGRESSION ORDER**

**(AMENDED)**

The Court grants the parties' Stipulated Motion to Extend Deadlines. Filing No. 22.

Accordingly,

IT IS ORDERED that the final progression order is as follows:

1) The trial and pretrial conference will not be set at this time. The interim status conference to discuss case progression and the parties' interest in settlement currently set for September 2, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **December 9, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is December 1, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 15, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the

1

undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | July 17, 2025. |
| For the defendant(s): | December 29, 2025. |
| Plaintiff(s)' rebuttal: | November 17, 2025. |
| Defendant(s)' rebuttal: | January 27, 2026. |

4)    The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | November 12, 2025. |
| For the defendant(s): | January 26, 2026. |
| Rebuttal: | February 24, 2026. |

5)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 17, 2026.

6)    The deadline for filing motions to dismiss and motions for summary judgment is April 6, 2026.

7)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 2, 2026.

8)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 6th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge