IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERBERG, LLC, | |
| Plaintiff, | **4:24CV3157** |
| vs. | |
| DEPOSITORS INSURANCE COMPANY, | **FINAL PROGRESSION ORDER** |
| Defendant. | **(AMENDED)** |

The Court grants the parties' Joint Stipulated Motion for Amended Progression Order. Filing No. 29.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1)  The trial and pretrial conference will not be set at this time. The interim status conference to discuss case progression and the parties' interest in settlement remains set as scheduled and will be held with the undersigned magistrate judge on **January 29, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is April 6, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 20, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):              July 17, 2025.

   For the defendant(s):            March 9, 2026.

   Plaintiff(s)' rebuttal:           April 10, 2026.

   Defendant(s)' rebuttal:           May 4, 2026.

4)    The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):              March 2, 2026.

   For the defendant(s):            April 27, 2026.

   Plaintiff(s)' rebuttal:           May 26, 2026.

5)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 22, 2026.

6)    The deadline for filing motions to dismiss and motions for summary judgment is August 3, 2026.

7)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 20, 2026.

8)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9)    All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause**.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

2

10)     All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 25th day of November, 2025.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge